PATRICK J. KELLY, Respondent, *v.* ROBERT E. J. MILES et al.,
Appellants.

(Argued October 14, 1890; decided October 28, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made April 13, 1888, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term.

*S. Hanford* for appellants.

*J. K. Hayward* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.